| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: District of Minnesota ▼ | |
| Case number (If known): _____ Chapter you are filing under:<br>☐ Chapter 7<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | RECEIVED<br>21 DEC -3 PM ~~1:41~~ 4:29  AG<br>US BANKRUPTCY COURT<br>ST PAUL MN<br>☐ Check if this is an amended filing |

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Alan<br>First name<br>John<br>Middle name<br>Roers<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Al<br>First name<br>_____<br>Middle name<br>Roers<br>Last name<br><br>First name<br>Middle name<br>Last name | First name<br>Middle name<br>Last name<br><br>First name<br>Middle name<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 2 4 6<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1  **Alan** (First Name) **John** (Middle Name) **Roers** (Last Name)        Case number (if known) _____

**About Debtor 1:** | **About Debtor 2 (Spouse Only In a Joint Case):**

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5. Where you live**

725 Game Farm Rd
Number    Street

Minnetrista          MN    55359
City                State  ZIP Code

Hennepin
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box 189
P.O. Box

Maple Plain          MN    55359
City                State  ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City    State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 2

Debtor 1  **Alan** (First Name) **John** (Middle Name) **Roers** (Last Name)     Case number (if known) _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☒ Yes.  District **of Minnesota**  When **06/07/2021**  Case number **21-41036**
         District _____  When _____  Case number **This is a re-filing**
         District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____  Relationship to you _____
         District _____  When _____  Case number, if known _____
         Debtor _____  Relationship to you _____
         District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☒ Yes. Has your landlord obtained an eviction judgment against you?
   ☒ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Alan** (First Name)  **John** (Middle Name)  **Roers** (Last Name)        Case number (if known)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Alan J Roers
Name of business, if any

725  Game Farm Rd
Number    Street

Minnetrista | MN | 55359
City | State | ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  **Alan** (First Name)  **John** (Middle Name)  **Roers** (Last Name)      Case number (*if known*) _____

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No

    ☐ Yes.  What is the hazard? _____

    If immediate attention is needed, why is it needed? _____

    Where is the property? _____
    Number    Street

    _____

    _____
    City                               State       ZIP Code

Debtor 1  **Alan** *First Name*  **John** *Middle Name*  **Roers** *Last Name*      Case number *(if known)*_____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Alan** (First Name) **John** (Middle Name) **Roers** (Last Name)    Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☒ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ Alan J. Roers_    X _____
Signature of Debtor 1      Signature of Debtor 2

Executed on  12/02/2021         Executed on  _____
             MM / DD / YYYY                   MM / DD / YYYY

| Debtor 1 | Alan | John | Roers | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person_____.
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| X _/s/ Alan J. Roers_____ | X _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 12/02/2021 MM/DD/YYYY | Date _____ MM/DD/YYYY |
| Contact phone (612) 300-5266 | Contact phone _____ |
| Cell phone (612) 300-5266 | Cell phone _____ |
| Email address alroers@cs.com | Email address _____ |

**Fill in this information to identify your case:**

Debtor 1: Alan John Roers
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: District of Minnesota

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1** Bank of America
Creditor's Name
SVB 314
Number    Street
PO Box 5170
Simi Valley    CA    93062
City    State    ZIP Code
Kevin T Dobie
Contact
(952) 491-7731
Contact phone

What is the nature of the claim? 5416 Benton Ave Edina MN
$ 260,571.34

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $ 510,517.34
    Value of security: - $ 250,000.00
    Unsecured claim: $ 260,571.34

**2** Bank of America
Creditor's Name
SVB 314
Number    Street
PO Box 5170
Simi Valley    CA    93062
City    State    ZIP Code
Kevin T Dobie
Contact
(952) 491-7731
Contact phone

What is the nature of the claim? 5412 Benton Ave Edina MN
$ 343,661.01

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ 493,661.01
    Value of security: - $ 150,000.00
    Unsecured claim: $ 343,661.01

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1  Alan John Roers    Case number (if known) _____

**Unsecured claim**

**3** Bernick Lifson
Creditor's Name
5500 Wayzata Blvd Ste 1200
Number    Street
Minneapolis    MN
City    State    ZIP Code
Unknown
Contact
(763) 546-1200
Contact phone

What is the nature of the claim? Attorney Fees - Business    $ 28,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim    $_____

**4** Bonnie Wagner
Creditor's Name
1451 Melvina Ln SW
Number    Street
Alexandria    MN    56308
City    State    ZIP Code
Bonnie Wagner
Contact
(320) 469-1241
Contact phone

What is the nature of the claim? Business Assist Loan    $ 45,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim    $_____

**5** Capital One
Creditor's Name
PO Box 30285
Number    Street
Salt Lake City    UT    84130
City    State    ZIP Code
Unknown
Contact
(800) 227-4825
Contact phone

What is the nature of the claim? Consumer Credit Card    $ 3,934.89

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim    $_____

**6** Citizens State Bank of Hudson
Creditor's Name
375 Stageline RD
Number    Street
Hudson    WI    54016
City    State    ZIP Code
Unknown
Contact
(715) 386-9050
Contact phone

What is the nature of the claim? Business Auto Loan    $ 400.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):    $ 1,000.00
       Value of security:    − $ 600.00
       Unsecured claim    $ 400.00

**7** Cynthia A Beckler
Creditor's Name
7485 Kingswood Rd
Number    Street
Mound    MN
City    State    ZIP Code
Joseph W Dicker
Contact
(612) 636-7500
Contact phone

What is the nature of the claim? Loan Judgment    $ 518,589.08

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim    $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1  **Alan John Roers**
First Name  Middle Name  Last Name

Case number (if known) _____

Unsecured claim

### 8. Cynthia Beckler
Creditor's Name
7485 Kingswood Rd
Number  Street

Mound  MN  55364
City  State  ZIP Code

Joseph W Dicker
Contact
(612) 636-7500
Contact phone

What is the nature of the claim? **Spousal Maint Arrears**  $ 281,060.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim $_____

### 9. David W Wetherill
Creditor's Name
836 County Rd B W
Number  Street

Roseville  MN  55113
City  State  ZIP Code

David Wetherill
Contact
(612) 910-0910
Contact phone

What is the nature of the claim? **Business&Personal Loans**  $ 83,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim $_____

### 10. Direct TV
Creditor's Name
PO Box 6550
Number  Street

Greenwood Village  CO  80155
City  State  ZIP Code

Unknown
Contact
(800) 947-5096
Contact phone

What is the nature of the claim? **Consumer Owed on Acct.**  $ 801.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim $_____

### 11. Janice Roers
Creditor's Name
15578 Shady Acres Dr
Number  Street

Wadena  MN
City  State  ZIP Code

Janice Roers
Contact
(218) 632-6549
Contact phone

What is the nature of the claim? **Business Assist Loan**  $ 25,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim $_____

### 12. John Rimarcik
Creditor's Name
219 N Second St Ste 100
Number  Street

Minneapolis  MN  55401
City  State  ZIP Code

John Rimarcik
Contact
(612) 747-1141
Contact phone

What is the nature of the claim? **Business Loan**  $ 3,500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: – $_____
Unsecured claim $_____

Debtor 1  Alan John Roers    Case number (if known) _____

**Unsecured claim**

**13** Mike Roers
Creditor's Name
15578 Shady Acres Dr
Number       Street

Wadena    MN   55482
City       State  ZIP Code

Mike Roers
Contact
(218) 639-1752
Contact phone

What is the nature of the claim? Business Auto Loan    $ 7,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:           − $_____
       Unsecured claim              $_____

**14** Thomas Olive Law Firm
Creditor's Name
5270 W. 84th Street  Ste 300
Number       Street

Bloomington  MN   55437
City       State  ZIP Code

Tom Olive
Contact
(952) 831-0733
Contact phone

What is the nature of the claim? Attorney Fees    $ 13,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:           − $_____
       Unsecured claim              $_____

**15** Penny Anderson
Creditor's Name
63 Croixview Dr S
Number       Street

Afton     MN
City       State  ZIP Code

Penny Anderson
Contact
(612) 249-9523
Contact phone

What is the nature of the claim? Business Loan    $ 40,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:           − $_____
       Unsecured claim              $_____

**16** Select Portfolio Servicing
Creditor's Name
PO Box 65250
Number       Street

Salt Lake City  UT  84165
City       State  ZIP Code

Unknown
Contact
(800) 258-8602
Contact phone

What is the nature of the claim? RE owned by Ex-spouse    $ 217,798.93

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:           − $_____
       Unsecured claim              $_____

**17** US Bank Card Services
Creditor's Name
PO Box 6335
Number       Street

Fargo     ND   58125
City       State  ZIP Code

Unknown
Contact
(877) 978-7446
Contact phone

What is the nature of the claim? Consumer- Credit Card    $ 991.85

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:           − $_____
       Unsecured claim              $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1    Alan    John    Roers      Case number (if known) _____
<br>First Name    Middle Name    Last Name

                                                                                                     **Unsecured claim**

**18**

Creditor's Name: Jaren Johnson
<br>Number Street: 7201 West 78th Street
<br>Suite 207
<br>City/State/ZIP: Edina, MN 55439
<br>Contact: Jaren Johnson
<br>Contact phone: (612) 466-0668

What is the nature of the claim? **Attorney Fee**     $ **1,000.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  <br>    Value of security:    – $_____
  <br>    Unsecured claim       $_____

**19**

Creditor's Name: _____
<br>Number Street: _____
<br>City/State/ZIP: _____
<br>Contact: _____
<br>Contact phone: _____

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  <br>    Value of security:    – $_____
  <br>    Unsecured claim       $_____

**20**

Creditor's Name: _____
<br>Number Street: _____
<br>City/State/ZIP: _____
<br>Contact: _____
<br>Contact phone: _____

What is the nature of the claim? _____     $_____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  <br>    Value of security:    – $_____
  <br>    Unsecured claim       $_____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_          X _____
<br>Signature of Debtor 1            Signature of Debtor 2

Date **12/02/2021**          Date _____
<br>   MM / DD / YYYY             MM / DD / YYYY

BANK OF AMERICA
SVB 314
PO BOX 5170
SIMI VALLEY CA 93062


BERNICK LIFSON
5500 WAYZATA BLVD STE 1200
MINNEAPOLIS MN 55416


BONNIE WAGNER
1451 MELVINA LN SW
ALEXANDRIA MN 56308


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130


CITIZENS STATE BANK OF HUDSON
375 STAGELINE RD
HUDSON WI 54016


CYNTHIA BECKLER
7485 KINGSWOOD RD
MOUND MN 55364


DAVID W WETHERILL
836 COUNTY RD B W
ROSEVILLE MN 55113


DIRECT TV
PO BOX 6550
GREENWOOD VILLAGE CO 80155

JANICE ROERS
15578 SHADY ACRES DR
WADENA MN 56482


JAREN JOHNSON
JOHNSON KING LAW
7201 WEST 78TH STREET SUITE 207
EDINA MN 55439


JOHN RIMARCIK
DEACON FLATS LLC
219 N SECOND ST STE 100
MINNEAPOLIS MN 55401


JOSEPH W DICKER
JOSEPH W DICKER PA
1406 W LAKE ST STE 209
MINNEAPOLIS MN 55408


KEVIN T DOBIE
LIEBO, WEINGARDEN, DOBIE ET AL
4500 PARK GLEN ROAD STE 300
MINNEAPOLIS MN 55416


MARK G SCHROEDER
TAFT LAW FIRM
80 S EIGHTH ST STE 2200
MINNEAPOLIS MN 55402


MIKE ROERS
15548 SHADY ACRES DR
WADENA MN 56482

THOMAS H OLIVE
THOMAS H OLIVE LAW PA
5270 W 84TH STREET STE 300
BLOOMINGTON MN 55437


PENNY ANDERSON
63 CROIXVIEW DR S.
AFTON MN 55001


SELECT PORTFOLIO SERVICING
BANKRUPTCY DEPT
PO BOX 65250
SALT LAKE CITY UT 84165


US BANK
CARDMEMBER SERVICE
PO BOX 6335
FARGO ND 58125